UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COURTNEY DARR,

    Plaintiff,

v.

MICHIGAN STATE UNIVERSITY, et al.,

    Defendants.

_____/

Case No. 1:19-cv-412

HONORABLE PAUL L. MALONEY

## **ORDER OF PARTIAL DISMISSAL**

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal (ECF No. 3) and having heard no response as to Defendant Michigan State College of Education:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter as to Defendant Michigan State College of Education is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: October 21, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge