UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| COURTNEY DARR, | ) | |
|               Plaintiff, | ) | |
| | ) | No. 1:19-cv-412 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| MICHIGAN STATE UNIVERSITY, et al., | ) | |
|               Defendants. | ) | |
| | ) | |

## JUDGMENT

In accordance with the order entered today (ECF No. 26), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  August 17, 2020                                      /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                       United States District Judge